**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BART WILLIAM DIETZMANN, | ) NO. CV 07-07374-GHK (MAN) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS, AND RECOMMENDATIONS |
| LEROY BACA, et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on Plaintiff.
3
4    LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6 DATED:   9/4/09                        .

                                          _____
                                          GEORGE H. KING
                                          UNITED STATES DISTRICT JUDGE