UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BART WILLIAM DIETZMANN,          ) NO. CV 07-07374-GHK (MAN)
                                 )
              Plaintiff,         )
                                 )
     v.                          ) JUDGMENT
                                 )
LEROY BACA, et al.,              )
                                 )
              Defendants.        )
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   9/4/09                  .


                                 _____
                                      GEORGE H. KING
                                 UNITED STATES DISTRICT JUDGE